Magistrate Judge Theresa L. Fricke

```
_____ FILED    _____ LODGED
         _____ RECEIVED

         Apr 19 2023

       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| IN THE MATTER OF THE SEARCH OF: | NO. MJ22-5245 |
|---|---|
| Information associated with three Discord Accounts | GOVERNMENT'S MOTION TO SEAL AND PUBLISH REDACTED SEARCH WARRANT RETURN |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Jessica M. Manca, Assistant United States Attorney for said District, requests entry of an order sealing the original search warrant affidavit and search warrant return in the above-captioned case and publishing a redacted version of the search warrant affidavit and the search warrant return.

The search warrant materials relate to an investigation of Ashton Garcia for prolific swatting conduct. As a result of the investigation, Garcia has been indicted in this District on 10-counts of making bomb threats, placing swatting calls, and threatening and extorting victims. The indictment alleges that Garcia placed over 20 similar calls throughout the United States and Canada, meaning that Garcia engaged in a broader course of conduct than the 10 counts charged in the indictment.

The indictment further alleges that Garcia obtained personal identifying information of individuals throughout the United States, which he then used to threaten,

MOTION TO SEAL AND PUBLISH REDACTED MATERIALS - 1
USAO #2022R01125

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

extort, and harass them with swatting calls. Some of the victims are minors. Given the nature of the allegations in this case, specifically, that Garcia researched individuals on the Internet to learn personal details about them and then used this publicly available information to intimidate and extort victims and place swatting calls, the United States has a particularized and compelling interest in restricting public access to the personal identifying information of victims in this case and protecting the victims' personal identifying information from dissemination.

The search warrant affidavit for MJ 22-5245 contains personal identifying information of victims, such as nicknames, initials, and home addresses. The government hereby provides a copy of the search warrant affidavit for MJ22-5245 in which victim identifying information has been redacted. Consistent with Federal Rule of Criminal Procedure 49.1, home addresses and minor names have been redacted. The government also requests that some of the victim initials be redacted from the affidavit, in instances where the initials could be used to identify and locate victims, potentially exposing them to additional harm. This request vindicates the rights codified by the Crime Victims' Rights Act, 18 U.S.C. § 3771, including the victims' right to be reasonable protected from the accused, and the victims' right to be treated with fairness and with respect for their dignity and privacy.

Finally, the government further requests that the FBI case agent's phone number and email address be redacted from the search warrant return for MJ22-5245. During this investigation, the government reviewed evidence suggesting that Garcia harbors animus toward law enforcement. Speaking of a detective who investigated him for swatting conduct, Garcia told an associate that he was going to make the detective's life "a living hell." Additionally, Garcia's social media records contained a large list of FBI email addresses and phone numbers that appeared to have been stolen in a computer hack and then disseminated over the Internet.

MOTION TO SEAL AND PUBLISH REDACTED MATERIALS - 2
USAO #2022R01125

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In conclusion, to comply with Rule 49.1, and to protect the privacy interests and safety of the victims consistent with the Crime Victims' Rights Act, the government respectfully requests that the original search warrant affidavit and search warrant remain under seal until further order of the Court and that a redacted version of that affidavit and return be published.

DATED this 18th day of April, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: Jessica.Manca@usdoj.gov

MOTION TO SEAL AND PUBLISH REDACTED MATERIALS - 3
USAO #2022R01125

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970